NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NICHOLAS D. DICKINSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: nicholas.dickinson@usdoj.gov
*Attorneys for the United States of America*

*Counsel for the United States*

```
____FILED      ____RECEIVED
____ENTERED    ____SERVED ON
              COUNSEL/PARTIES OF RECORD

        AUG - 7 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FREDI KAZIMIRSKY,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>2:19-cr- 201<br><br>**VIOLATIONS:**<br><br>18 U.S.C. §§ 1952(a)(3) – *Use of a Facility of Interstate Commerce to Promote Extortion* |

**THE GRAND JURY CHARGES THAT:**

<u>**Count One**</u>
*(Use of a Facility of Interstate Commerce to Promote Extortion)*

From on or about June 27, 2019 through on or about June 28, 2019,

**FREDI KAZIMIRSKY,**

used a facility of interstate commerce, namely a telephone, with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, extortion in violation of Nevada Revised Statue 205.320, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on

1

and facilitate the promotion, management, establishment and carrying on of the unlawful activity, all in violation of Title 18, United States Code, Section 1952(a)(3).

**DATED:** this 7th day of August, 2019.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

_____
NICHOLAS D. DICKINSON
Assistant United States Attorney