# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00201-APG-NJK |
|---|---|
| Plaintiff | **Order Denying Stipulation to Continue Trial** |
| v. | [ECF No. 31] |
| FREDI KAZIMIRSKY, | |
| Defendant | |

The parties have stipulated to continue the trial in this matter based on the court's General Order 2020-03, which continued all jury trials until April 10, 2020. That order was amended in August 2020 "to allow jury trials to proceed in accordance with the Court's internal plan for resuming jury trials." Thus, General Order 2020-03 does not stop this trial from going forward. The parties have not identified any other reason to continue the trial.

I THEREFORE ORDER that the parties' stipulation to continue trial **(ECF No. 31) is denied without prejudice.**

DATED this 5th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE