RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Fredi Kazimirsky

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FREDI KAZIMIRSKY,<br><br>  Defendant. | Case No. 2:19-cr-00201-APG-NJK<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Nicholas D. Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Fredi Kazimirsky that the Court modify his conditions of release:

    1.    When Mr. Kazimirsky was ordered released in July of 2019, one of his conditions of release was that his travel be restricted to Clark County, Nevada. Mr. Kazimirsky has been on pretrial release for nearly 18 months. During that time, he has been completely compliant with all conditions of his release. Accordingly, the parties respectfully request that this condition be modified to allow Mr. Kazimirsky to travel within the Continental United

States. This modification will allow Mr. Kazimirsky to visit with family and loved ones with whom him he has been unable to visit under his current restrictions.

      2.      Pretrial has been consulted and has consented to this modification.

      3.      The parties agree to the stipulation.

This is the first stipulation to modify conditions of release filed herein.

DATED this 14th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Nicholas D. Dickinson*<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>FREDI KAZIMIRSKY,<br><br>        Defendant. | Case No. 2:19-cr-00201-APG-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that Mr. Kazimirsky's conditions of release be modified to allow him to travel within the Continental United States.

    DATED this 15th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE